AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BTL INDUSTRIES, INC.<br>a Delaware corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>ALIX LASERS INTERNATIONAL LLC<br>a a Florida limited liability company<br><br>*Defendant(s)* | Civil Action No. 0:24-cv-61596-RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALIX LASERS INTERNATIONAL LLC
c/o Jenny J. Trinh, Registered Agent
2151 E Commercial Blvd, # 304
Fort Lauderdale, Florida 33308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter A. Koziol, Esq.
Assouline & Berlowe, P.A.
Miami Tower
100 SE 2nd Street, Suite 3105
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 29, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts